# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.        CASE NO.    24-CR-10126-JWB

**ALEJANDRO VARGAS-VELLAS,**

      **Defendant.**

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1

**UNLAWFUL REENTRY AFTER DEPORTATION**
**[8 U.S.C. § 1326(a) & (b)(1)]**

On or about September 15, 2024, in the District of Kansas, the defendant,

**ALEJANDRO VARGAS-VELLAS,**

a person who is not a citizen and national of the United States, and who previously was deported, removed, and excluded from the United States, on or about September 13, 2023, at or near, Laredo, Texas, and who failed to obtain the consent of either the Attorney General of the United States or the Secretary of Homeland Security to reapply for

admission into the United States, was found in the United States, in Sedgwick County, Kansas, after knowingly and voluntarily reentering the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

A TRUE BILL.

October 29, 2024         s/Foreperson
DATE         FOREPERSON OF THE GRAND JURY


KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Oladotun O. Odeyemi
Oladotun O. Odeyemi
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: ola.odeyemi@usdoj.gov
Ks. S. Ct. No. 29178

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## PENALTIES

### Count 1: 8 U.S.C. § 1326(a) – Unlawful Reentry After Deportation

The reentry of an alien who has previously been denied admission, excluded, removed, or deported, is a felony, with criminal penalties of:

- Punishable by a term of imprisonment of not more than two (2) years. 8 U.S.C. § 1326(a).
- A term of supervised release of not more than one (1) year. 18 U.S.C. § 3583(b)(3).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

An alien whose removal was subsequent to a conviction for three or more misdemeanors involving drugs, crimes against person, or both, or a felony (other than aggravated felony), is a felony, with criminal penalties of:

- Punishable by a term of imprisonment of not more than ten (10) years. 8 U.S.C. § 1326(b)(1).
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

If committed after an aggravated felony conviction, then:

- Punishable by a term of imprisonment of not more than twenty (20) years. 8 U.S.C. § 1326(b)(2).
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).